IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT LEE HAMILTON,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　Case No. 15-cv-510-bbc

TIM DOUMA,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Robert Lee Hamilton for a writ of corpus under 28 U.S.C. § 2254.

    /s/　　　　　　　　　　　　　　　　　　　　9/20/2016

    Peter Oppeneer, Clerk of Court　　　　　　　　　　　　　　Date