IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT LEE HAMILTON,

                    Petitioner,                        ORDER

v.

                                                    15-cv-510-bbc
                                                  Appeal No. 16-3470

DON STRAHOTA, Warden,

                    Respondent.

---

On January 13, 2017, this court entered an order directing petitioner Robert Lee Hamilton to submit by February 17, 2017 an initial partial payment of the appeal filing fee in the amount of $10.85. Now petitioner has filed a motion to use release account funds to pay the initial partial appeal fee for filing his appeal. Petitioner's motion will be granted.

The only amount petitioner must pay at this time is the $10.85 initial partial appeal payment. Before officials take any portion of that amount from petitioner's release account, they may first take from petitioner's regular account whatever amount up to the full amount petitioner owes.

ORDER

IT IS ORDERED that,

1.    Petitioner Robert Lee Hamilton's motion for use of release account funds to pay the initial partial appeal fee in this case, dkt. 61, is GRANTED.

2.    Petitioner may have until February 17, 2017, to submit a check or money order made payable to the clerk of court in the amount of $10.85. If by February 17, 2017, petitioner fails to make the initial partial appeal payment or show cause for failure to do so, the clerk's

office will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 26th day of January, 2017.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge